# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600220

_____

## UNITED STATES OF AMERICA
Appellee

v.

## CARLOS M. MARQUEZ
Master-at-Arms First Class (E-6), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Robert J. Crow, JAGC, USN.
For Appellant: Lieutenant Doug Ottenwess, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 30 December 2016

_____

Before CAMPBELL, HUTCHISON, and BELSKY, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the military judge consolidated Specifications 2 and 3 of Charge IV into a single specification for findings and sentence to read as follows:

In that Master-at-Arms First Class Carlos M. Marquez, U.S. Navy, Naval Support Facility Beaufort, South Carolina, on active duty, did, at on or near Beaufort, South Carolina, on or about 19 August 2014, unlawfully slap Ms. LM, his wife, in the head, and unlawfully cover the mouth and nose of Ms. LM, his wife, with his hand.

For the Court



R.H. TROIDL
Clerk of Court